Ben-Dor v Alchemy Consultant LLC (2025 NY Slip Op 06538)

Ben-Dor v Alchemy Consultant LLC

2025 NY Slip Op 06538

Decided on November 25, 2025

Court of Appeals

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 25, 2025

No. 98 

[*1]Gisele Ben-Dor, Respondent,
v
Alchemy Consultant LLC, et al., Defendants, JPMorgan Chase Bank, N.A., Appellant.

Elliot H. Scherker, for appellant.
Michael P. Bowen, for respondent.

Order reversed, with costs, defendant JPMorgan Chase Bank, N.A.'s motion to dismiss the amended complaint as against it granted and certified question answered in the negative, for reasons stated in the dissenting memorandum of Justice John R. Higgitt (229 AD3d 405, 408-417). Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.
Decided November 25, 2025